**No. 41043.**—Petition 5710–R of Atlas Marine Supply Co. (Los Angeles).

Opinion by McCLELLAND, P. J.   It appeared that there was an honest difference of opinion as to whether the appraiser had really advanced the value of the

drums. It was found there was a total absence of any intent to enter the merchandise at a lower value with the purpose of defeating the Government in the collection of any of its lawful duties. The petition was therefore granted.